No. 83–1569. MITSUBISHI MOTORS CORP. *v.* SOLER CHRYSLER-PLYMOUTH, INC.; and

No. 83–1733. SOLER CHRYSLER-PLYMOUTH, INC. *v.* MITSUBISHI MOTORS CORP. C. A. 1st Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 723 F. 2d 155.

No. 83–1739. LOCAL UNION NO. 1020, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO *v.* MC-NAUGHTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1778. MONTGOMERY *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 83–1958. ROGERS *v.* LOCKHEED-GEORGIA CO. ET AL.; and

No. 83–6760. SANDERS *v.* GRAND UNION CO. ET AL. C. A. 11th Cir. Certiorari denied. Reported below: 720 F. 2d 1247.

No. 83–1967. MURRAY *v.* BRANCH MOTOR EXPRESS CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–2075. RANZONI ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–6468. ASKEW *v.* F & W EXPRESS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–6757. OSSEY *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 83–6800. AMOS *v.* CARROLL, SUPERINTENDENT, CALIFORNIA INSTITUTION FOR MEN. C. A. 9th Cir. Certiorari denied.

No. 83–6849. DENNISON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–6868. SCHWARTZBAUER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–6900. TILLIS *v.* WILLIAMS, DIRECTOR OF ALABAMA PAROLE BOARD, ET AL. C. A. 11th Cir. Certiorari denied.